JOHN S. CONABEER, Appellant, Respondent, v. STEPHENS FUEL COMPANY, INC., Respondent, Appellant.— Order modified by restoring to the complaint the allegation in the 12th paragraph thereof stating the date of plaintiff's discharge, and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

THE WOOLSON SPICE COMPANY, Respondent, v. COLUMBIA TRUST COMPANY, as Executor, etc., of HERMAN SIELCKEN, Deceased, Appellant, Impleaded with Another.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on the authority of *Tudor* v. *Ebner* (109 App. Div. 521) and *Livingston* v. *N. Y. Elevated R. R. Co.* (60 Hun, 473). Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

W. B. McCORMICK, Trustee, Respondent, v. LILLIAN TAYLOR CARPENTER, Individually and as Executrix, etc., of SAMUEL J. CARPENTER, Deceased, and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

ALFRED HOFFMAN, as Successor Trustee, etc., v. GERMAN AMERICAN IMPROVEMENT COMPANY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

In the MATTER OF THE SOCIETY OF JUSTICE, INC.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms of order. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

FRANK M. SANDERS v. JAMES D. LAYNG.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

GREENBAUM SON BANK AND TRUST COMPANY v. SAMUEL JAFFE.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

FRIEDA FRANK v. VICTOR MULLER.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms of order. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

In the Matter of ANDREW J. SHIPMAN, Deceased.— Motion to dismiss appeal denied, without costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

ALEXANDER HELLER v. CHARLES E. POPE and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms of order. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

A. PHILLIPI & COMPANY, INC., v. TAUFICK KOTITE and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ROBERT P. BRINDELL.— Motion to withdraw appeal granted. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

RALPH SEMPERES v. RALPH D. PATTERSON.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

ANDREW WILSON v. COMPANIA TRASMEDITERRANEA.— Application granted. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.